UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE CROCKETT,
        Plaintiff,

v.

        Case No. 04-73373
        Hon. Gerald E. Rosen
        Magistrate Judge Virginia M. Morgan

COMMISSIONER OF
SOCIAL SECURITY,
        Defendant.
_____/

## JUDGMENT OF DISMISSAL

At a session of said Court, held in the U.S. Courthouse, Detroit, Michigan on     September 30, 2005

PRESENT: Honorable Gerald E. Rosen
United States District Judge

The Court having this day entered an Order adopting the Magistrate Judge's Report and Recommendation, denying Plaintiff's motion for summary judgment, and granting Defendant's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, DISMISSED in its entirety with prejudice.

Dated: September 30, 2005

        s/Gerald E. Rosen
        Gerald E. Rosen
        United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2005, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager